Exhibit 2

**Infringement Claim Chart for U.S. Pat. No. US7256899B1 v. Natus Medical Incorporated ("Defendant")**

| Claim16 | Evidence |
|---|---|
| 16. A system for acquiring an approximation of a surface geometry of a 3-dimensional object comprising: | The Natus Medical Incorporated Otoscan 3D Scanner is a system for acquiring an approximation of a surface geometry of a 3-dimensional object. <br><br> For example, the Otoscan 3D Scanner is a 3D scanning device for measuring the three-dimensional shape of an object using projected light patterns and a camera system. The Otoscan 3D Scanner includes a scanner head that projects a series of light patterns (e.g. parallel stripes) onto the scan target. When light projects onto the object's surface, the patterns become distorted. The camera system captures these images and sends them for processing to a computer executing 3D scanning software. <br><br> Otoscan is a comprehensive ear scanning solution that provides a new, safe and easy way to make digital impressions for earmolds or customized in-ear devices. <br><br> It eliminates clinical concerns related to traditional silicone impressions, such as risk to the patient, patient discomfort, and inconsistent outcomes. <br><br> The primary function of Otoscan is to make digital 3D scans of the patient's ear canal and pinna, to be used in the manufacture of customized in-ear devices. The scanning software transforms the scans into image files that are ready for use in 3D modeling. During the scanning process, the scanner performs video otoscopy in order to help the user navigate the scan in the patient's ear. See Intended use ▶ 5. <br><br> **Scanner and software** <br> The scanner is used in connection with Otoscan Session Manager installed on a dedicated PC. <br><br> Session Manager synchronizes data with the online application Otocloud, from where you can access, annotate and, subsequently, submit patient scans electronically as custom orders to manufacturers or earmold laboratories. <br><br> Source: https://partners.natus.com/asset/resource/file/otometrics/asset/2020-05/7-50-1420-EN.PDF |



## Otoscan® - 3D Ear Scanning Solution

VIEW PRODUCT INFORMATION



Otoscan® is the future of hearing care counseling and transforms the way you provide hearing care. Otoscan gives you powerful new ways to attract and engage new and returning patients as soon as they walk into your clinic. Otoscan helps you keep your patients satisfied – by delivering personalized counseling and solutions in an efficient way.



*Come with us to the future of hearing care – with Otoscan. It's the way forward.*

**Get in touch today about Otoscan**

HEARING TECHNOLOGY INNOVATOR WINNER

Source: https://natus.com/products-services/otoscan



The 3D digital ear scanning solution

Source: https://natus.com/products-services/otoscan



Source: https://partners.natus.com/asset/resource/file/otometrics/asset/2023-05/7-26-5100-EN_Rev05_WEB.pdf



Source: https://youtu.be/KHQtS0lp9Xg?feature=shared



**Fig. 19**    Proper bracing technique when using the scanner

**Fig. 20**    Where to place the scanner probe when setting the zero point.

**Live scanning view**

To provide full control of the process, the screen displays three live items simultaneously. They are updated concurrently and show different aspects of the ongoing scanning.

**A.** The depth gauge
**B.** The video otoscopic view
**C.** The developing 3D scan

A live otoscopic view of the ear canal is seen to the right of the depth gauge. The colored lines in the video otoscopy image, called the data capture lines, indicate surfaces that are being captured in the scan. The color of the line changes between blue, green, and red according to the insertion depth and in synchrony with the color indication on the depth gauge. Hence, the blue line indicates shallow depth, green indicates target depth, and red is too deep.



**Fig. 23**    In the otoscopic view, to the right of the depth gauge, the area of the ear canal that is currently being scanned is indicated by means of a bright blue line.

Further to the right, the developing 3D scan is seen. The probe tip is visible in the lower part of the image, and behind it follows trailing white and gray shadows which indicate the area that has just been scanned.

## The Otoscan system

The Otoscan system consists of:

- A dedicated laptop with pre-installed Otoscan software
- A hand-held scanner

Source: https://partners.natus.com/asset/resource/file/otometrics/asset/2020-05/7-50-1420-EN.PDF

5

On the right side of the screen, you will see the 3D image of the ear scan developing as the scanning continues. The smooth blue surface indicates the parts that have already been scanned. The data capture line shown on the video oto-scopy image is also seen here as a white curve and is shown together with a faint grey image of the scanner probe. Behind the area being scanned you will see trailing shadows, indicating the area that you have just scanned.





**Fig. 25**    Large gaps that need additional scanning are shown with a yellow outline.

| | |
|---|---|
| | <br><br>The hand-held scanner, seen from the probe side.<br><br>Source: https://partners.natus.com/asset/resource/file/otometrics/asset/2020-05/7-50-1420-EN.PDF |
| means for | The Natus Medical Incorporated Otoscan 3D Scanner includes means for establishing |

| establishing an object coordinate system in known relationship to the object; | an object coordinate system in known relationship to the object.<br><br>For example, the Otoscan 3d Scanner includes a computer to establish an object coordinate system using an image of the target object, having reference features thereon, and the position of the scanner head when the image was captured.<br><br><br><br>Source: https://youtu.be/KHQtS0lp9Xg?feature=shared<br><br>The Otoscan scanner projects a blue ring or line of light from the probe onto the surface of the ear canal or the outer ear. This projection is converted to 3D coordinates through a complex camera system.<br><br>A 3D model is created by scanning the probe over the surfaces of the ear. The camera system also allows the operator to navigate the probe inside the ear canal, which is illuminated by a white light source.<br><br>The user can operate the scanner directly from the hand-held scanner display.<br><br>The scanner is intended for transient use. |
|---|---|

A live otoscopic view of the ear canal is seen to the right of the depth gauge. The colored lines in the video otoscopy image, called the data capture lines, indicate surfaces that are being captured in the scan. The color of the line changes between blue, green, and red according to the insertion depth and in synchrony with the color indication on the depth gauge. Hence, the blue line indicates shallow depth, green indicates target depth, and red is too deep.



**Fig. 23**   In the otoscopic view, to the right of the depth gauge, the area of the ear canal that is currently being scanned is indicated by means of a bright blue line.

Further to the right, the developing 3D scan is seen. The probe tip is visible in the lower part of the image, and behind it follows trailing white and gray shadows which indicate the area that has just been scanned.

Source: https://partners.natus.com/asset/resource/file/otometrics/asset/2020-05/7-50-1420-EN.PDF

| means for projecting a pattern of structured light of | The Natus Medical Incorporated Otoscan Color 3D scanner includes means for projecting a pattern of structured light of known geometry onto the object. |
|---|---|

| known geometry onto the object; | For example, Otoscan 3D scanner includes a light source (e.g. a blue light LED) that projects a series of light patterns (e.g. parallel stripes) onto the scan target.<br><br>A live otoscopic view of the ear canal is seen to the right of the depth gauge. The colored lines in the video otoscopy image, called the data capture lines, indicate surfaces that are being captured in the scan. The color of the line changes between blue, green, and red according to the insertion depth and in synchrony with the color indication on the depth gauge. Hence, the blue line indicates shallow depth, green indicates target depth, and red is too deep.<br><br><br><br>**Fig. 23** In the otoscopic view, to the right of the depth gauge, the area of the ear canal that is currently being scanned is indicated by means of a bright blue line.<br>Further to the right, the developing 3D scan is seen. The probe tip is visible in the lower part of the image, and behind it follows trailing white and gray shadows which indicate the area that has just been scanned. |

On the right side of the screen, you will see the 3D image of the ear scan developing as the scanning continues. The smooth blue surface indicates the parts that have already been scanned. The data capture line shown on the video oto-scopy image is also seen here as a white curve and is shown together with a faint grey image of the scanner probe. Behind the area being scanned you will see trailing shadows, indicating the area that you have just scanned.



Fig. 25   Large gaps that need additional scanning are shown with a yellow outline.

Source: https://partners.natus.com/asset/resource/file/otometrics/asset/2020-05/7-50-1420-EN.PDF

| means for forming an image of an intersection of the | The Natus Medical Incorporated Otoscan 3D scanner includes means for forming an image of an intersection of the pattern of structured light with the object. |
|---|---|

| pattern of structured light with the object; | For example, Otoscan 3D scanner includes a camera system. The camera system includes an electro-optical image sensor (e.g. CMOS or CCD image sensor depending on the model) that captures the patterns of the light projected onto the target object.<br><br>**Tracking cameras**<br>Cameras on either side of the probe detect the tracking ring of the headset worn by the patient. The cameras track the position of the scanner in relation to the patient's ear. To function properly, the cameras' view of the tracking ring must remain unobstructed.<br><br>During scanning, the two cameras placed on either side of the probe continuously track the position of the headset relative to the 3D data that is being collected by the scanner. This allows the system to build an accurate 3D model of the ear canal and the required parts of the pinna. See The scanner components ► 11, Fig. 5 and Fig. 6.<br><br>The Otoscan scanner projects a blue ring or line of light from the probe onto the surface of the ear canal or the outer ear. This projection is converted to 3D coordinates through a complex camera system.<br>A 3D model is created by scanning the probe over the surfaces of the ear. The camera system also allows the operator to navigate the probe inside the ear canal, which is illuminated by a white light source.<br>The user can operate the scanner directly from the hand-held scanner display.<br>The scanner is intended for transient use.<br><br>Source: https://partners.natus.com/asset/resource/file/otometrics/asset/2020-05/7-50-1420-EN.PDF |
| processing means for generating a set of data characterizing the intersection relative to a position | The Natus Medical Incorporated Otoscan 3D scanner includes processing means for generating a set of data characterizing the intersection relative to a position of the pattern of light.<br><br>For example, the non-contact scanner includes an image processor for processing the |

| of the pattern of light; | images of light patterns captured by the camera system. |
|---|---|
| | **Technical specifications**<br><br>**System requirements**<br>• Internet access. Recommended download speed: 2 Mbit<br>• Included dedicated laptop with the following minimum specifications:<br><br>Operating system — Windows 10 Professional<br>Graphics processor — Discrete graphics card with min. 2 GB memory<br>Processor — Min. Quad Core, 8 logic cores (hardware threads)<br>Total memory — Min. 8 GB<br>Display — Min. 13" Max. 15" full HD (1920x1080) Non-Touch<br><br>Source: https://partners.natus.com/asset/resource/file/otometrics/asset/2020-05/7-50-1420-EN.PDF<br><br>**Tracking cameras**<br>Cameras on either side of the probe detect the tracking ring of the headset worn by the patient. The cameras track the position of the scanner in relation to the patient's ear. To function properly, the cameras' view of the tracking ring must remain unobstructed.<br><br>Source: https://partners.natus.com/asset/resource/file/otometrics/asset/2020-05/7-50-1420-EN.PDF |

| | |
|---|---|
| | During scanning, the two cameras placed on either side of the probe continuously track the position of the headset relative to the 3D data that is being collected by the scanner. This allows the system to build an accurate 3D model of the ear canal and the required parts of the pinna. See The scanner components ► 11, Fig. 5 and Fig. 6.

Source: https://partners.natus.com/asset/resource/file/otometrics/asset/2020-05/7-50-1420-EN.PDF

The Otoscan scanner projects a blue ring or line of light from the probe onto the surface of the ear canal or the outer ear. This projection is converted to 3D coordinates through a complex camera system.

A 3D model is created by scanning the probe over the surfaces of the ear. The camera system also allows the operator to navigate the probe inside the ear canal, which is illuminated by a white light source.

The user can operate the scanner directly from the hand-held scanner display.

The scanner is intended for transient use.

Source: https://partners.natus.com/asset/resource/file/otometrics/asset/2020-05/7-50-1420-EN.PDF |
| transmitting means for transmitting some portion of the image or intersection data to a receiver; | The Natus Medical Incorporated Otoscan 3D scanner includes transmitting means for transmitting some portion of the image or intersection data to a receiver.

For example, the Otoscan 3D scanner includes a transmitter (e.g. wireless Bluetooth transmitter or wired USB transmitter, depending on the model) for transmitting data associated with the captured images to a processor system. |

# Technical specifications

## System requirements

- Internet access. Recommended download speed: 2 Mbit

- Included dedicated laptop with the following minimum specifications:

| Operating system | Windows 10 Professional |
| --- | --- |
| Graphics processor | Discrete graphics card with min. 2 GB memory |
| Processor | Min. Quad Core, 8 logic cores (hardware threads) |
| Total memory | Min. 8 GB |
| Display | Min. 13" Max. 15" full HD (1920x1080) Non-Touch |
| Wi-Fi adapters | Dual Band Wireless- b/g/n/ac |
| Hard drive | Min. 156 GB Solid State Drive |

### Scanner power supply

| Input Power | 5 V USB 3.0 |
| --- | --- |
| USB Plug | USB 3.0, Type A |

Source: https://partners.natus.com/asset/resource/file/otometrics/asset/2020-05/7-50-1420-EN.PDF

| receiving means for receiving the transmitted | The Natus Medical Incorporated Otoscan 3D scanner includes receiving means for receiving the transmitted processed intersection data. |
| --- | --- |

15

| processed intersection data; | For example, Otoscan 3D scanner includes a receiver (e.g. wireless Bluetooth transmitter or wired USB transmitter) is used for receiving data associated with the captured images to provide the data to a computer for further processing. |
|---|---|
| | **Technical specifications**<br><br>**System requirements**<br>• Internet access. Recommended download speed: 2 Mbit<br>• Included dedicated laptop with the following minimum specifications:<br><br>Operating system — Windows 10 Professional<br>Graphics processor — Discrete graphics card with min. 2 GB memory<br>Processor — Min. Quad Core, 8 logic cores (hardware threads)<br>Total memory — Min. 8 GB<br>Display — Min. 13" Max. 15" full HD (1920x1080) Non-Touch<br>Wi-Fi adapters — Dual Band Wireless- b/g/n/ac<br>Hard drive — Min. 156 GB Solid State Drive<br><br>**Scanner power supply**<br>Input Power — 5 V USB 3.0<br>USB Plug — USB 3.0, Type A<br><br>Source: https://partners.natus.com/asset/resource/file/otometrics/asset/2020-05/7-50-1420-EN.PDF |
| tracking means for tracking the position of the projected pattern of structured | The Natus Medical Incorporated Otoscan 3D scanner includes tracking means for tracking the position of the projected pattern of structured light.<br><br>For example, the non-contact scanner includes a position indicator for indicating the |

| | |
|---|---|
| light; | position at which a light pattern image was captured in relation to the target object.<br><br>A live otoscopic view of the ear canal is seen to the right of the depth gauge. The colored lines in the video otoscopy image, called the data capture lines, indicate surfaces that are being captured in the scan. The color of the line changes between blue, green, and red according to the insertion depth and in synchrony with the color indication on the depth gauge. Hence, the blue line indicates shallow depth, green indicates target depth, and red is too deep.<br><br><br><br>**Fig. 23** In the otoscopic view, to the right of the depth gauge, the area of the ear canal that is currently being scanned is indicated by means of a bright blue line.<br>Further to the right, the developing 3D scan is seen. The probe tip is visible in the lower part of the image, and behind it follows trailing white and gray shadows which indicate the area that has just been scanned. |

On the right side of the screen, you will see the 3D image of the ear scan developing as the scanning continues. The smooth blue surface indicates the parts that have already been scanned. The data capture line shown on the video oto-scopy image is also seen here as a white curve and is shown together with a faint grey image of the scanner probe. Behind the area being scanned you will see trailing shadows, indicating the area that you have just scanned.





Fig. 25    Large gaps that need additional scanning are shown with a yellow outline.

Source: https://partners.natus.com/asset/resource/file/otometrics/asset/2020-05/7-50-1420-EN.PDF

| | |
|---|---|
| | 
Source: https://partners.natus.com/asset/resource/file/otometrics/asset/2020-05/7-50-1420-EN.PDF

Source: https://youtu.be/KHQtS0lp9Xg?feature=shared |
| means for associating each | The Natus Medical Incorporated Otoscan 3D scanner includes means for associating each intersection datum with the position of the projected pattern of light at the time |

| | |
|---|---|
| intersection datum with the position of the projected pattern of light at the time the image corresponding to the datum was formed; | the image corresponding to the datum was formed.<br><br>For example, a scanner tracking subsystem is used to track the position of the non-contact scanner as it is moved from an initial position to other positions to capture light pattern images from different locations around the target object.<br><br> |

## The headset



The headset is fitted on the head of the patient before scanning. It is essential for the scanning process, as the tracking ring of the headset serves as the reference point for the two cameras on the scanner, which keep track of the exact location of the ear during the scan.

It is, therefore, very important for a successful scan that the headset is placed correctly, and that it remains in place during the entire scan. See Placing the headset ▶ 21.

In order to facilitate correct placement, the headset is designed for scanning of one ear. When scanning the other ear (if required), reposition the headset to target that ear. This procedure is found to maximize efficiency and maintain high accuracy for both scans.

**Fig. 8**    The headset, with the tracking ring correctly centered over the ear

The headset is fitted on the head of the patient before scanning. It is essential for the scanning process, as the tracking ring of the headset serves as the reference point for the two cameras on the scanner, which keep track of the exact location of the ear during the scan.

Source: https://partners.natus.com/asset/resource/file/otometrics/asset/2020-05/7-50-1420-EN.PDF

| | | | | |
|---|---|---|---|---|
| | **Tracking lost** (Icon): | There may be several causes: | | |
| | | • The scanner is too far from the ear and tracking ring. | • | Move or angle the scanner closer to the tracking ring. |
| | | • The patient may not be wearing the headset correctly. | • | Make sure that the patient is wearing the headset as described in the Otoscan User Guide. |
| | | • The tracking camera view may be blocked by operator fingers, patient hair, etc. | • | Make sure that the view of the two tracking cameras on the front of the scanner is free of any obstruction. |
| | | • The tracking camera lenses may not be clean. | • | Make sure that the probe and the tracking cameras are clean and free of debris, oils, or residues. See Cleaning ▶ 37. |
| | | • The angle of the scanner may be too extreme. | • | Avoid extreme angles and make sure the tracking cameras have a clear view of the tracking ring at all times. |

Source: https://partners.natus.com/asset/resource/file/otometrics/asset/2020-05/7-50-1420-EN.PDF

| transforming means | The Natus Medical Incorporated Otoscan 3D scanner includes transforming means for |
|---|---|

| for transforming each intersection datum into coordinates of the object coordinate system; and | transforming each intersection datum into coordinates of the object coordinate system.<br><br>For example, the computer calculates the X-Y-Z coordinate points of the entire surface geometry of the target object from the light pattern images as the light pattern shifts from the initial position.<br><br>**The Otoscan system**<br><br>The Otoscan system consists of:<br><br>• A dedicated laptop with pre-installed Otoscan software<br>• A hand-held scanner<br><br>The Otoscan scanner projects a blue ring or line of light from the probe onto the surface of the ear canal or the outer ear. This projection is converted to 3D coordinates through a complex camera system.<br><br>A 3D model is created by scanning the probe over the surfaces of the ear. The camera system also allows the operator to navigate the probe inside the ear canal, which is illuminated by a white light source.<br><br>The user can operate the scanner directly from the hand-held scanner display.<br><br>The scanner is intended for transient use.<br><br>**Tracking cameras**<br><br>Cameras on either side of the probe detect the tracking ring of the headset worn by the patient. The cameras track the position of the scanner in relation to the patient's ear. To function properly, the cameras' view of the tracking ring must remain unobstructed. |

23

| | |
|---|---|
| | Source: https://partners.natus.com/asset/resource/file/otometrics/asset/2020-05/7-50-1420-EN.PDF |
| accumulating means for accumulating the transformed coordinates to form a model approximating the surface geometry of the object. | The Natus Medical Incorporated Otoscan 3D scanner includes accumulating means for accumulating the transformed coordinates to form a model approximating the surface geometry of the object.<br><br>For example, the computer that executes algorithms to align every scan image automatically to create a highly accurate, complete 3D digital model of the object.<br><br><br><br>Source: https://partners.natus.com/asset/resource/file/otometrics/asset/2020-05/7-50-1420-EN.PDF<br><br> |



Source: https://youtu.be/KHQtS0lp9Xg?feature=shared

**System requirements**

- Internet access. Recommended download speed: 2 Mbit

- Included dedicated laptop with the following minimum specifications:

| | |
|---|---|
| Operating system | Windows 10 Professional |
| Graphics processor | Discrete graphics card with min. 2 GB memory |
| Processor | Min. Quad Core, 8 logic cores (hardware threads) |
| Total memory | Min. 8 GB |
| Display | Min. 13" Max. 15" full HD (1920x1080) Non-Touch |
| Wi-Fi adapters | Dual Band Wireless- b/g/n/ac |
| Hard drive | Min. 156 GB Solid State Drive |

**Scanning system**

| | |
|---|---|
| Scanning modes | - Canal Ring, using 360° blue LED light |
| | - Pinna Line, using blue line laser |
| | - Concha Ring, using 360° blue LED light |
| Probe distal diameter | 3.20 mm (0.13 inches) |
| Probe length | 30 mm (1.18 inches) |
| Accuracy | Min 80% of the surface area is within a three dimensional rendering tolerance of ±200 μm, when scanning the surface of a CMM verified mechanical artifact with curvatures similar to an ear. |

**Device display**

| | |
|---|---|
| Size | 4 inches |
| Type | Color TFT with LED backlight |
| Resolution | 480 x 800 dots |
| User input | Capacitive touch |

**Scanner power supply**

| | |
|---|---|
| Input Power | 5 V USB 3.0 |
| USB Plug | USB 3.0, Type A |

Source: https://partners.natus.com/asset/resource/file/otometrics/asset/2020-05/7-50-1420-EN.PDF

A live otoscopic view of the ear canal is seen to the right of the depth gauge. The colored lines in the video otoscopy image, called the data capture lines, indicate surfaces that are being captured in the scan. The color of the line changes between blue, green, and red according to the insertion depth and in synchrony with the color indication on the depth gauge. Hence, the blue line indicates shallow depth, green indicates target depth, and red is too deep.



**Fig. 23** In the otoscopic view, to the right of the depth gauge, the area of the ear canal that is currently being scanned is indicated by means of a bright blue line.

Further to the right, the developing 3D scan is seen. The probe tip is visible in the lower part of the image, and behind it follows trailing white and gray shadows which indicate the area that has just been scanned.

During scanning, the two cameras placed on either side of the probe continuously track the position of the headset relative to the 3D data that is being collected by the scanner. This allows the system to build an accurate 3D model of the ear canal and the required parts of the pinna. See The scanner components ► 11, Fig. 5 and Fig. 6.

Source: https://partners.natus.com/asset/resource/file/otometrics/asset/2020-05/7-50-1420-EN.PDF